UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAD GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CV 1845 CDP |
| ) | |
| ST. LOUIS CITY POLICE CHIEF, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff's motion for reconsideration -- which is premised on a fundamental misunderstanding of my prior Order and of the law -- will be denied as he asserts no new factual or legal arguments convincing me my prior decision was in error.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration [25] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2016.