UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAD GORDON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:15 CV 1845 CDP ) |
| ST. LOUIS CITY POLICE CHIEF, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

As discussed during today's scheduling conference,

**IT IS HEREBY ORDERED** that parties shall file a revised joint proposed scheduling plan by no later than **Wednesday, April 27, 2016**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2016.